IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONALD VALDEZ,

    Plaintiff,

vs.                                              Civ. No. 99-1334 BB/WWD ACE

THE WILLIAMS COMPANY, d/b/a
WILLIAMS ENERGY SERVICES,
a foreign corporation,

    Defendant.

## MEMORANDUM OPINION AND ORDER

      This matter comes before the Court upon Plaintiff's Motion to Compel Responses to Request for Production of Documents to Defendant filed March 27, 2000 [docket no. 30]. Plaintiff seeks full and complete responses and production in connection with requests for production 2, 6, 7, 10, 11, 12, 13, 15, 16, and 18. Defendant makes various objection to various requests including a claim of attorney client privilege on a privilege log with respect to documents numbered 69, 70, 73-75, 79-81, 83, 280, 481-484, 519, 537-544, 627-630, 638, 646, 647, 849-851, 1513-1514. In its response to request #2, Defendant asserts the attorney client privilege or claims work product. Defendant states that the materials are listed on its privilege log; however, I cannot correlate the entries on the privilege log with the materials sought in request 2. Defendant will be required to produce to Plaintiff all of the materials sought in request 2 except the material claimed to be privileged which shall be identified specifically and submitted to the Court for an *in camera* inspection. The same procedures should be followed with respect to requests 6, 7, 10, 13, 15, and 16. Production in connection with requests 11 and 12 will be

limited to that proposed by Defendant conditioned on the entry of an appropriate confidentiality order. Defendant shall make full and complete production with respect to request 18. All *in camera* submissions and materials produced to Plaintiff shall be Bates stamped sequentially with an indication as to which pages go with which request, and the submissions and production shall be on or before June 19, 2000.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**