IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONALD VALDEZ,

      Plaintiff,

vs.                                                Civ. No. 99-1334 BB/WWD ACE

THE WILLIAMS COMPANY, d/b/a
WILLIAMS ENERGY SERVICES,
a foreign corporation,

      Defendant.

## MEMORANDUM OPINION AND ORDER

      This matter comes before the Court following an *in camera* inspection made pursuant to my Memorandum Opinion and Order entered June 7, 2000. After reviewing Defendant's amended Privilege Log and comparing that Log to the documents submitted to the Court *in camera*, I find that the claims of privilege asserted in the Privilege Log, including the redactions in documents 544, 646, and 647, are well taken. Accordingly, no further production will be ordered with respect to the documents listed in the Privilege Log; and that portion of Plaintiff's Motion to Compel is **DENIED.**

      **IT IS SO ORDERED**.

                                                        UNITED STATES MAGISTRATE JUDGE