IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONALD VALDEZ,

      Plaintiff,

vs.                                            Civ. No. 99-1334 BB/WWD ACE

THE WILLIAMS COMPANY d/b/a
WILLIAMS ENERGY SERVICES,
A foreign corporation,

      Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Plaintiff's Motion to Compel Third-Party Witness Denise McCracken to Produce Documents in Response to Subpoena Duces Tecum [docket no. 55]. The motion was served by mail on July 18, 2000, and the response was served by mail on August 16, 2000. I do not address the question of timeliness of the response which has been raised by Plaintiff. Although the information sought by Plaintiff may well enjoy some protection from disclosure, I find that it should be produced on or before September 5, 2000, and that this production should be in redacted form[1].

Discovery shall proceed in accordance with the foregoing.

**IT IS SO ORDERED**.

                                                    /s/ William W. Deaton
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The redaction should obliterate the name, address and telephone number of the person giving the urine sample.